# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CLYDE BUCKLEY, III<br><br>　　　　　Defendant. | Case No.: 3:22-CR-00026-RCJ-CSD<br><br>REASSIGNMENT ORDER |
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CLYDE BUCKLEY, III<br><br>　　　　　Defendant. | Case No.: 3:22-CR-00002-ART-CLB<br><br>REASSIGNMENT ORDER |

　　　The presiding District Judges in these actions have determined that these actions are related and that there is good cause to reassign them to one District Judge. Reassignment of the two cases to one judge will promote judicial efficiency and will not result in prejudice to the parties. The practice in this district has been to assign related cases to the assigned judge and magistrate in the first filed case.

Good cause appearing, IT IS HEREBY ORDERED that Case No. 3:22-CR-00026-RCJ-CSD is reassigned to Judge Anne R. Traum and Magistrate Judge Carla L. Baldwin and all future pleadings must bear case number 3:22-CR-00026-ART-CLB.

IT IS FURTHER ORDERED that the Clerk of the Court shall change the file and docket(s) to reflect this reassignment.

IT IS SO ORDERED.

DATED this 28th day of February 2023.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

DATED this 28th day of February 2023

_____
Anne R. Traum
UNITED STATES DISTRICT JUDGE