UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLYDE BUCKLEY, III,<br><br>　　　　Defendant. | Case No. 3:22-cr-00002-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING (SECOND REQUEST)** |

　　　IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and KATE BERRY, Assistant Federal Public Defender, counsel for CLYDE BUCKLEY, III and JASON M. FRIERSON, United States Attorney, and ANDREW KEENAN, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for January 10, 2024, at 2:00 PM, be vacated and continued to January 11, 2024, at 2:00 PM.

/ / /

/ / /

The continuance is necessary for the following reasons:

1. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

2. Both counsel request this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

3. Mr. Buckley is detained and consents to the continuance. Specifically, Mr. Buckley was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

4. This is the second request for continuance of the sentencing hearing.

DATED this 13th day of December, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By  /s/ Kate Berry<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for CLYDE BUCKLEY, III | By  /s Andrew Keenan<br>ANDREW KEENAN<br>Assistant United States Attorney<br>Counsel for the Government |

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for January 10, 2024, at 2:00 PM, be vacated and continued to **January 11, 2024, at 2:00 PM.**

DATED this 18th day of December, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE