# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:22-CR-002-ART-CLB |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| CLYDE BUCKLEY III, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Clyde Buckley III to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Clyde Buckley III pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 37; Plea Agreement, ECF No. 38; Preliminary Order of Forfeiture, ECF No. 39.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 16, 2023, through October 15, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 42-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 43.

On October 2, 2023, the United States Attorney's Office served Michael Young, Jr., at zip code 89503-1996 by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 43-1, p. 3, 5-14.

On October 2, 2023, the United States Attorney's Office served Michael Young, Jr., at zip code 89503-1979 by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 43-1, p. 3, 5-10, 15-17.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

    1.    a Glock 19 9mm caliber pistol bearing serial number BSKF316; and

    2.    any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Clyde Buckley III, Michael Young, Jr., and all third parties.

1 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property
2 | shall be disposed of according to law.
3 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send
4 | copies of this Order to all counsel of record.
5 | DATED Jan 11, _____, 2023̶ 2024

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

3